# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Mark N. Silber             CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 25-14045 DJB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of The Bank of New York Mellon, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-7 and index same on the master mailing list.

                               Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
08 Oct 2025, 12:10:26, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 0a457627ce3d9fccc6aa278fe736690ae3cf7be288fd87670b1087517988c40c