**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:   Mark Silber | : | Bankruptcy No. 25-14045 |
| | : | |
| | : | |
| Debtor | : | Chapter 13 |

### CERTIFICATION OF SERVICE

I, Zachary Perlick, Esquire, attorney for the Debtor in the above-captioned matter, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 12/30/25

/Zachary Perlick/
Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA  19102
(215) 569-2922
zack@zacharyperlicklaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)
STEVEN K. EISENBERG
1581 Main Street, Suite 200
Warrington, PA 18976
(215) 572-8111
seisenberg@sterneisenberg.com
Creditor

Via: X CM/ECF    ___1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

```
MATTHEW K. FISSEL
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
610-322-5608
bkgroup@kmllawgroup.com
Creditor
```

Via: X CM/ECF    ___1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

```
ADAM BRADLEY HALL
Manley Deas Kochalski
P.O. Box 165028
Columbus, OH 43216-5028
614 220 5611
amps@manleydeas.com
Creditor
```

Via: X CM/ECF    ___1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

```
KENNETH E. WEST, Esquire
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106
```

Via: X CM/ECF    ___1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

```
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
```

Via: X CM/ECF    ___1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

```
Mark N. Silber
4213 Baltimore Avenue
Philadelphia, PA 19104
Debtor
```

Via: ___CM/ECF  X _1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

All creditors on the attached list

Via: ___CM/ECF  X _1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

| | |
|---|---|
| **Carrington Mortgage Services**<br>PO Box 54285<br>Irvine, CA 92619 | (15057834)<br>(cr) |
| **Chase Bank**<br>POB 15369<br>Wilmington, DE 19850 | (15057835)<br>(cr) |
| **JPMorgan Chase Bank, National Association**<br>c/o Chase Records Center<br>Attn: Correspondence Mail<br>Mail Code LA4-5555.lb700 Kansas Lane<br>Monroe Louisiana 71203 | (15066858)<br>(cr) |
| **JPMorgan Chase Bank, National Association**<br>c/o Adam B Hall<br>MDK Legal<br>P.O. Box 165028<br>Columbus, OH 43216-5028 | (15061770)<br>(ntcapr) |
| **JPMorgan Chase Bank, National Association**<br>c/o Chase Records Center<br>Attn: Correspondence Mail<br>Mail Code LA4-5555.lb700 Kansas Lane<br>Monroe Louisiana 71203 | |
| **LVNV Funding, LLC**<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (15082132)<br>(cr) |
| **Philadelphia Gas Works**<br>800 W Montgomery Ave 3F<br>Philadelphia, PA 19122 | (15071988)<br>(cr) |
| **The Bank of New York Mellon**<br>C/O Matthew K. Fissel<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1532 | (15059484)<br>(ntcapr) |
| **The Bank of New York Mellon, F/K/A The Bank of New**<br>500 N. State College Blvd.<br>Suites 1030, 1300 and 1400<br>Orange, CA 92868 | (15081665)<br>(cr) |