IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Mark N. Silber | Case No.: 25-14045 |
| | Chapter 13 |
| | Judge Derek J. Baker |
| Debtor(s) | * * * * * * * * * * * * * * * * * * * |
| | |
| Mark N. Silber | Date and Time of Hearing |
| Kenneth E. West | |
| Movant, | |
| vs | Related Document No. 20 |
| JPMorgan Chase Bank, National Association | |
| Respondents. | |

## OBJECTION OF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION TO THE CONFIRMATION OF THE PLAN (DOCKET NUMBER 20)

JPMorgan Chase Bank, National Association ("Creditor") by and through its undersigned counsel, objects to the confirmation of the currently proposed plan ("Plan") filed by Mark N. Silber ("Debtor") as follows:

1. Creditor holds a security interest secured by a mortgage lien on Debtor's property commonly known as 4213 Baltimore Ave, Philadelphia, PA 19104 ("Property").

2. Creditor filed a Proof of Claim in the amount of $35,062.53 with an interest rate of 4%.

3. Debtor's Plan fails to provide for ongoing payments on Creditor's secured claim and instead lists it to be paid at 0% via sale of the Property. Creditor does not agree with this treatment, nor does it agree with the amount listed to be paid as it simply lists the Proof of Claim amount. The Proof of Claim is not a payoff statement and the loan will continue to accrue interest and possible other charges.

4. Upon information and belief, Debtor still holds an interest in the Property.

25-025302_ABH

5. As a result, Debtor's Plan fails to meet the requirements of 11 U.S.C. §1325(a)(5) as it fails to provide for a secured claim. Creditor requests that Debtor amend the Plan to either provide for or surrender Creditor's claim.

WHEREFORE, Creditor respectfully requests that the Court deny the confirmation of the Debtor's currently proposed Plan.

Respectfully submitted,

/s/ Adam B. Hall
Adam B. Hall, Esquire (323867)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is ABHall@mdklegal.com

25-025302_ABH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 25-14045 |
| Mark N. Silber | : Chapter 13 |
| | : Judge Derek J. Baker |
| Debtor(s) | : * * * * * * * * * * * * * * * * * * * |
| | : |
| Mark N. Silber | : Date and Time of Hearing |
| Kenneth E. West | : _____ |
| Movant, | : |
| | : Related Document No. 20 |
| vs | : |
| | : |
| JPMorgan Chase Bank, National Association | : |
| | : |
| Respondents. | : |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Objection of JPMorgan Chase Bank, National Association to the Confirmation of the Original Plan was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

Zachary Perlick, Attorney for Mark N. Silber, Perlick@verizon.net

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Mark N. Silber, 4213 Baltimore Avenue, Philadelphia, PA  19104

/s/ Adam B. Hall
_____

25-025302_ABH