**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | Mark Silber | : |
| | | : |
| | | : CHAPTER 13 |
| | Debtor | : NO.    25-14045 |

## CONSENT ORDER REGARDING DEBTOR'S PERSONAL INJURY CLAIM

The undersigned counsel agree on this date,  January 8, 2026  to the following:

1. Debtor is pursuing, through   Weitz & Luxenberg  , Esquire a personal injury claim against  class action-drinking water  ("Claim").

2. The time period for the Debtor(s) to exempt any of the net proceeds of the Claim shall be tolled until 30 days after Debtor(s)' counsel provides written notice to the Trustee of any moneys recovered for the Claim, and the deadline for the Trustee to object to any exemptions regarding the Claim shall extended until 30 days after the notice is provided to the Trustee or the exemptions are filed, which is latter.

3. Debtor(s)' personal injury counsel shall make no distribution of any funds recovered regarding the Claim without prior written consent of the Chapter 13 Trustee or by further Order of the Bankruptcy Court.

4. The terms of this Consent Order shall supersede any conflicting terms of any future confirmed Chapter 13 Plan.

1

     5.     The parties hereto request the Court enter this agreement as a Consent Order.

      Zachary Perlick , **Esquire**

By:   /s/Zachary Perlick, Esquire
       **Attorney for Debtor(s)**

_____ , **Esquire**

By:   Weitz & Luxenberg
       **Personal Injury Attorney for Debtor**

**Office of Standing Chapter 13 Trustee**

By:   */s/ Kenneth E. West*
       Kenneth E. West, Esquire
       Chapter 13 Standing Trustee
       1234 Market Street (Septa Building)
       Suite 18-341
       Philadelphia, PA 19107
       Phone:   215-627-1377, ext 101
       Fax:   215-627-6299

**IT IS SO ORDERED:**

**Dated:**_____        _____

_____,
**United States Bankruptcy Court**