**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      MARK SILBER                  : CHAPTER 13

                                                      :

                                                      :

DEBTOR                          : BANKRUPTCY NO. 25-14045

<u>CERTIFICATION OF NO-OBJECTION OR RESPONSE</u>

I, Zachary Perlick, Esquire, hereby certify that I filed an Application for
Compensation and gave notice to the Debtor, the Trustee, and all interested parties that
they had twenty (20) days to file an answer, objection or other responsive pleading; that
more than twenty (20) days have passed since the notices were mailed and I have not
received an objection to the Application for Compensation nor has an Application for
Administrative Expenses been filed.  I therefore request that the court enter the Order
accompanying said application.

                                   BY     <u>/s/ Zachary Perlick</u>
                                               Zachary Perlick, Esquire
                                               1420 Walnut Street, Suite 718
                                               Philadelphia, PA  19102
                                               (215) 569-2922